1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5703
     Fax:  (415) 703-1234
8    Email:  Michele.Swanson@doj.ca.gov
   Attorneys for Respondent

9

10

                    IN THE UNITED STATES DISTRICT COURT
11
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN FRANCISCO DIVISION
13

14  **ALEX MONETTE,**                        C 08-2880 PJH

15                          Petitioner,      **MOTION TO ENLARGE
                                             TIME TO FILE RESPONSE
16            **v.**                          TO PETITION FOR WRIT OF
                                             HABEAS CORPUS**
17  **NICK DAWSON, Warden,**

18                          Respondent.

19

20         Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-

21  day extension of time, until October 17, 2008, in which to file a response to the petition for writ

22  of habeas corpus.  Good cause for the extension is set forth in the accompanying declaration of

23  counsel.

24         I have left a message with petitioner's counsel regarding this extension of time, and

25  have not yet heard back from him as of the filing of this request for an extension of time.

26         WHEREFORE, respondent respectfully requests that this Court grant an extension of

27  time to and including October 17, 2008, in which to file an answer or other responsive pleading.

28  ///

Motion to Enlarge Time to File Response to Pet. for Writ of Hab. Corpus         Monette v. Dawson, Warden
                                                                                         C 08-2880 PJH

                                              1

1            Dated:  August 18, 2008

2                              Respectfully submitted,

3                              EDMUND G. BROWN JR.
                              Attorney General of the State of California

4                              DANE R. GILLETTE
                              Chief Assistant Attorney General

5                              GERALD A. ENGLER
                              Senior Assistant Attorney General

6

7                              PEGGY S. RUFFRA
                              Supervising Deputy Attorney General

8

9

10                             /s/ Michele J. Swanson
                              MICHELE J. SWANSON
11                             Deputy Attorney General
                              Attorneys for Respondent

12

13
        20132265.wpd

14      SF2008402013

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Motion to Enlarge Time to File Response to Pet. for Writ of Hab. Corpus                    Monette v. Dawson, Warden
                                                                                           C 08-2880 PJH

2

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5703
     Fax:  (415) 703-1234
8    Email:  Michele.Swanson@doj.ca.gov
   Attorneys for Respondent
9

10

11                      IN THE UNITED STATES DISTRICT COURT

12                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

                            SAN FRANCISCO DIVISION
13

14  **ALEX MONETTE,**                               C 08-2880 PJH

15                               Petitioner,       **DECLARATION OF**
                                                   **COUNSEL IN SUPPORT OF**
16         **v.**                                  **MOTION TO ENLARGE**
                                                   **TIME TO FILE RESPONSE**
17  **NICK DAWSON, Warden,**                       **TO PETITION FOR WRIT OF**
                                                   **HABEAS CORPUS**
18                               Respondent.

19

20         I, MICHELE J. SWANSON, declare under penalty of perjury as follows:

21         I am a Deputy Attorney General for the State of California and am assigned to

22  represent respondent in this case.  Respondent's answer or other responsive pleading is due

23  August 18, 2008, pursuant to this Court's June 17, 2008 Order to Show Cause.  I am unable to

24  meet this deadline, and request an enlargement of time to file a response to the petition for writ

25  of habeas corpus for the following reasons.

26         I was not the attorney who briefed this case on direct review in state court.  Since

27  having this case assigned to me, I have been working on cases with chronological precedence,

28  and in the past 30 days, I have filed an answer in *Haney v. Adams*, C 07-4682 CRB (PR), a

Decl. of Counsel in Support of Mot. to Enlarge Time to File Response to          Monette v. Dawson, Warden
Pet. for Writ of Hab. Corpus                                                                    C 08-2880 PJH

1  motion to dismiss in *Givens v. Martel*, C 07-1448 MHP (PR), and reply briefs in *Weisner v.*

2  *Evans*, C 07-5509 SI (PR) and *Grecu v. Evans*, C 07-0780 JF (PR).  For these reasons, I am

3  unable to file the response in this case by the current deadline.

4      I left a message with petitioner's counsel about this extension of time, and have not yet

5  heard back from him as of the filing of this request for an extension of time.

6      Accordingly, I request that the Court grant respondent an extension of 60 days, to and

7  including October 17, 2008, in which to file a response to the petition.

8      I declare under penalty of perjury that the foregoing is true and correct.

9      Executed at San Francisco, California, on August 18, 2008.

10

11          /s/ Michele J. Swanson
           MICHELE J. SWANSON
12          Deputy Attorney General

13

14  20132278.wpd

15  SF2008402013

16

17

18

19

20

21

22

23

24

25

26

27

28

---

Decl. of Counsel in Support of Mot. to Enlarge Time to File Response to          Monette v. Dawson, Warden
Pet. for Writ of Hab. Corpus                                                      C 08-2880 PJH

2

1

2

3

4

5

6

7

8

9

10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

11

**ALEX MONETTE,**                                         C 08-2880 PJH

12                                        Petitioner,    **[PROPOSED] ORDER**

13                **v.**

14   **NICK DAWSON, Warden,**

15                                        Respondent.

16

17        GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with the

18   Court and serve on petitioner, on or before **October 17, 2008**, an answer or other response to the

19   petition for writ of habeas corpus.

20        IT IS SO ORDERED.

21

22   Dated: _____        _____
                                                    The Honorable Phyllis J. Hamilton
23

24

25

26

27

28

[Proposed] Order                                              Monette v. Dawson, Warden
                                                                Case No. C 08-2880 PJH