1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALEX MONETTE,** | C 08-2880 PJH |
| Petitioner, | [~~PROPOSED~~] **ORDER** |
| **v.** | |
| **NICK DAWSON, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with the

Court and serve on petitioner, on or before **October 17, 2008**, an answer or other response to the

petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:  8/22/08 _____

_____ Hamilton

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

[Proposed] Order

Monette v. Dawson, Warden
Case No. C 08-2880 PJH