UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEX MONETTE,

      Petitioner,

      v.

NICK DAWSON, Warden,

      Respondent.
_____/

No. C 08-2880 PJH

**JUDGMENT**

      Pursuant to the Order Granting Respondent's Motion to Dismiss signed April 28, 2009, this action is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 28, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge